UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| BRET STUMP, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 4:21-CV-37-JTM-JEM |
| | ) | |
| FRANCISCAN ALLIANCE, INC., | ) | |
|     Defendant. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's First Discovery Requests to Defendant [DE 19], filed on January 4, 2022. Northern District of Indiana Local Rule 26-2 prohibits the routine filing of discovery with certain exceptions that do not apply in this case. N.D. Ind. L.R. 26-2(a).

Accordingly, the Court **STRIKES** Plaintiff's First Discovery Requests to Defendant [DE 19].

SO ORDERED this 5th day of January, 2022.

                                              s/ John E. Martin
                                              MAGISTRATE JUDGE JOHN E. MARTIN
                                              UNITED STATES DISTRICT COURT

cc:    All counsel of record