AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

BRET STUMP
  **Plaintiff**

v.    **Civil Action No.**  4:21-cv-37

FRANCISCAN ALLIANCE, INC
  **Defendant**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Judgment is ENTERED in favor of defendant Franciscan Alliance, Inc. and against plaintiff Bret Stump, who shall take nothing by way of the complaint.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Senior Judge James T. Moody on a Motion for Summary Judgment.

DATE:   September 1, 2023          CHANDA J. BERTA, CLERK OF COURT

                                    by   s/N. Long
                                    *Signature of Clerk or Deputy Clerk*